**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **RONALD SMITH,** § | |
| *Plaintiff*, § | |
| § | |
| vs. § | **CIVIL ACTION NO.: 5:23-cv-623** |
| § | |
| **BEXAR COUNTY and BEXAR COUNTY** § | |
| **DEPUTY RAMIRO SANCHEZ,** § | |
| *Defendants.* § | |

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION) JURISDICTION**

COMES NOW, Respondents BEXAR COUNTY and BEXAR COUNTY DEPUTY RAMIRO SANCHEZ and file this Notice of Removal pursuant to 28 U.S.C. § 1446(a).

**INTRODUCTION**

1. On April 14, 2023, Petitioner Ronald Smith filed an original petition in Cause No. 2023-CI-07389, *Ronald Smith v. Bexar County, Texas and Bexar County Deputy Ramiro Sanchez*, in the 37th District Court, Bexar County, Texas ("State Court Action").[1]

2. The respective citations for the named Defendants was issued on April 19, 2023. Bexar County was served with the Original Petition on April 19, 2023. Deputy Ramiro Sanchez, was served with the Original Petition on April 20, 2023.

3. Respondents Bexar County and Bexar County Deputy Ramiro Sanchez file their notice of removal within the 30-day period required by 28 U.S.C. § 1446(b).

**BASES FOR REMOVAL**

4. Removal is properly based on federal question pursuant to 28 U.S.C. §§ 1331, 1441(a) in consideration of the following:

---

[1] A copy of Plaintiff's Original Petition is attached as Exhibit 2.

Petitioner's basis for his claims in his original petition include the following 42 U.S.C. § 1983 claims against Bexar County Sheriff's Deputy Ramiro Sanchez: Claim I – Fourth Amendment: Unlawful intrusion of law enforcement; Claim II – Fourth Amendment Unreasonable Seizure: False Arrest; Claim III – Fourth Amendment Unreasonable Search of Petitioner's person; Claim IV – Fourth Amendment Unreasonable Search of Petitioner's vehicle; and Claim V – Fourteenth Amendment Unlawful Mental Health Confinement.[2] Petitioner also makes 42 U.S.C. § 1983 *Monell* claims against Respondent Bexar County.[3]

Federal question subject matter jurisdiction is granted to this District Court under 28 U.S.C. § 1331, which provides district courts with original jurisdiction over civil actions that involve rights arising under the United States Constitution. 28 U.S.C. § 1331. Petitioner's constitutional claims should be properly removed to federal court based on the federal questions at issue. To the extent Petitioner sets forth any state law claims, the District Court shall have supplemental jurisdiction over the same. 28 U.S.C. § 1367.

5. Pursuant to 28 U.S.C. §§ 1441 and 1446, Respondents remove this action to the United States District Court for the Western District of Texas, San Antonio Division, which is the judicial district and division in which the State Court Action is pending. All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a).

**INDEX OF EXHIBITS**

---

[2] Plaintiff's State Court Original Petition, ¶¶ VIII(28)-(32).
[3] *Id.*, pgs. 12-14.

6. All file-stamped pleadings, process, orders, and othis filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). Those filings consist of the following:

    a)     Exhibit 1:     State District Court Docket Sheet

    b)     Exhibit 2:     Plaintiff's Original Petition

    c)     Exhibit 3:     Request for Process and Citations to Defendants

### JURY DEMAND

7. Respondents demand a jury trial as to any claims asserted by Petitioner.

### CONCLUSION AND PRAYER

8. For the foregoing reasons, Respondents ask the Court to uphold this removal and to retain jurisdiction over this suit.

    Respectfully submitted,

    JOE D. GONZALES
    Bexar County Criminal District Attorney

    By: /s/ JOSÉ E. HERRERA
    JOSÉ E. HERRERA
    State Bar No. 24073024
    Assistant District Attorney – Civil Division
    101 W. Nueva
    San Antonio, Texas 78205
    P: (210) 335-2146 / F: (210) 335-2773
    Jose.Herrera@bexar.org
    ***Attorneys for Respondents Bexar County and Bexar County Shisiff's Deputy Ramiro Sanchez***

## CERTIFICATE OF SERVICE

I do hereby certify on the 15th day of May 2023, I electronically filed Respondents' Notice of Removal with the Clerk of Court using the CM/ECF system, which provided electronic service upon all parties.

/s/ JOSÉ E. HERRERA
JOSÉ E. HERRERA
