UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**RONALD SMITH,**

   *Plaintiff*,

v.                                                                          Case No. SA-23-CV-00623-JKP

**RAMIRO SANCHEZ,**

   *Defendant*.

# FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court hereby **ORDERS** final judgment is entered **DISMISSING WITH PREJUDICE** all claims in this matter.

The Clerk of Court is instructed to **CLOSE THIS CASE**.

It is so ORDERED.
SIGNED this 16th day of August, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE